No. 77–6762. SPEAR *v.* HOGAN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–6763. DORROUGH ET AL. *v.* MULLIKIN, ASSOCIATE WARDEN. C. A. 5th Cir. Certiorari denied.

No. 77–6764. WILSON *v.* WILLOWBROOK, INC. C. A. 5th Cir. Certiorari denied.

No. 77–6765. SMITH *v.* DODSON, SUPERINTENDENT OF UNIT #11, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–6767. PEACOCK *v.* COX ET VIR. Ct. App. Ga. Certiorari denied.

No. 77–6770. HOCKER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6771. CLEVELAND *v.* UNITED STATES;
No. 77–6773. TANNER *v.* UNITED STATES; and
No. 77–6938. SWAIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 571 F. 2d 334.

No. 77–6772. UNDERWOOD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6775. RAU *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6777. FREEMAN ET AL. *v.* MABRY, CORRECTION COMMISSIONER. C. A. 8th Cir. Certiorari denied.

No. 77–6778. LEE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 77–6779. WEBER *v.* OHIO. Ct. App. Ohio, Medina County. Certiorari denied.